```
                                           ___FILED ___LODGED
                                           ___RECEIVED ___COPY

                                           2011 SEP -7 P 3: 39

                                           CLERK US DISTRICT COURT
                                            DISTRICT OF ARIZONA
```

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
ROBERT L. MISKELL
DILLON A. FISHMAN
Assistant U.S. Attorneys
Arizona State Bar No. 015198, 024259
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Robert.Miskell@usdoj.gov
Dillon.Fishman@usdoj.gov
Telephone: (520) 620-7300

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Marshall Edwin Home, and<br>Margaret Elizabeth Broderick,<br><br>Defendant. | CR 11-2498-TUC-DCB-GEE<br><br>SUPERSEDING INDICTMENT<br><br>Violations: 18 U.S.C. § 152(4)<br>     18 U.S.C. § 1341<br>     18 U.S.C. § 1343<br><br>(Fraudulently Presenting False Claims<br>In Bankruptcy; Mail Fraud; Wire<br>Fraud) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about March 28, 2011, at or near Tucson, in the District of Arizona, **Marshall Edwin Home** and **Margaret Elizabeth Broderick** knowingly and fraudulently presented and caused to be presented a false claim for proof against the estate of the debtor, in the case styled

"In Re: United States Corp" in the United States Bankruptcy Court for the District of Arizona in Tucson (Bankruptcy Ct. No. 04:11-06731), asserting a claim of $2,500,000,000.00 on behalf of **Marshall Edwin Home**, whereas, as the defendants then and there well knew and believed, **Marshall Edwin Home** did not have a claim for $2,500,000,000.00 against the alleged debtor, in violation of Title 18, United States Code, Section 152(4).

## COUNT 2

On or about April 20, 2011, at or near Tucson, in the District of Arizona, **Marshall Edwin Home** and **Margaret Elizabeth Broderick** knowingly and fraudulently presented and caused to be presented a false claim for proof against the estate of the debtor, in the case styled "In Re: United States Corp" in the United States Bankruptcy Court for the District of Arizona in Tucson (Bankruptcy Ct. No. 04:11-06731), asserting a claim of $50,000,000.00 on behalf of another individual ("J.A.") whereas, as the defendants then and there well knew and believed, J.A. did not have a claim for $50,000,000.00 against the alleged debtor, in violation of Title 18, United States Code, Section 152(4).

## COUNT 3

On or about April 14, 2011, at or near Tucson, in the District of Arizona, **Marshall Edwin Home** and **Margaret Elizabeth Broderick** knowingly and fraudulently presented and caused to be presented a false claim for proof against the estate of the debtor, in the case styled "In Re: United States Corp" in the United States Bankruptcy Court for the District of Arizona in Tucson (Bankruptcy Ct. No. 04:11-06731), asserting a claim of $253,000,000,000.00 on

behalf of other individuals ("C.B.P and A.H.P.") whereas, as the defendants then and there well knew and believed, C.B.P. and A.H.P. did not have a claim for $253,000,000,000.00 against the alleged debtor, in violation of Title 18, United States Code, Section 152(4).

## COUNT 4

1. Beginning in approximately December, 2010, and continuing until July, 2011, the defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** devised a scheme and artifice to defraud, and to obtain money and property by means of false pretenses.

2. It was part of the scheme that defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** operated the "The Individual Rights Party; Mortgage Rescue Service," in south Tucson, Arizona. Defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** advertised to the public that they could provide help to individuals whose mortgages were being foreclosed, or about to be foreclosed. Defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** falsely represented to these individuals that they had a method of defeating foreclosures. They charged individuals $500 to participate in this method of defeating foreclosures. In fact, defendants **Marshall Edwin Home**'s and **Margaret Elizabeth Broderick**'s method of defeating foreclosure consisted of filing paperwork making frivolous arguments to courts that ultimately did not provide relief to those individuals.

3. It was further part of the scheme that defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** filed and caused to be filed, usually with the Secretary of State for the state of California, financing statements under the Uniform Commercial Code ("U.C.C.")

1  which falsely claimed that individuals participating in their method of defeating foreclosures had

2  a secured interest in property of others. In fact, no such secured interests existed.

3
4      4.  It was further part of the scheme that defendants **Marshall Edwin Home** and

5  **Margaret Elizabeth Broderick** filed and caused to be filed an Involuntary Petition in

6  Bankruptcy in the United States Bankruptcy Court for the District of Arizona in Tucson

7
8  (Bankruptcy Ct. No. 04:11-06731). This involuntary petition sought to place the United States,

9  which defendant **Marshall Edwin Home** called "U.S. Corp," and other entities which defendant

10 **Marshall Edwin Home** characterized as agents and instrumentalities of the United States
11
12 [hereinafter the "United States"], into bankruptcy. The involuntary petition falsely claimed that

13 **Marshall Edwin Home** had a claim against the United States of over $3 billion, whereas he then

14 and there well knew he did not have such a claim against the United States.
15
16     5.  It was further part of the scheme that defendants **Marshall Edwin Home** and

17 **Margaret Elizabeth Broderick** represented and caused to be represented to individuals who

18 participated in their method of defeating foreclosures that their foreclosures would become part
19
20 of a "larger, overall bankruptcy liquidation." Defendants **Marshall Edwin Home** and **Margaret**

21 **Elizabeth Broderick** claimed that the individual's "foreclosure case immediately stalls by virtue

22 of being included as a matter of record."
23
24     6.  It was further part of the scheme that defendants **Marshall Edwin Home** and

25 **Margaret Elizabeth Broderick** filed and caused to be filed in the United States Bankruptcy

26 Court for the District of Arizona in Tucson in case no. 04:11-06731 "Proof of Claim" forms
27
28                                    4

against the United States. Defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** filed and caused Proof of Claim forms to be filed on behalf of individuals who participated in their method of defeating mortgage foreclosures. These Proof of Claim forms falsely stated that those individuals had monetary claims against the United States. Defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** filed and caused to be filed approximately 173 false Proof of Claim forms totaling over $250 billion. Attached to these false Proof of Claim forms were the false financing statements referenced in paragraph 3.

7. It was further part of the scheme that defendant **Marshall Edwin Home** registered the name "Federal National Mortgage Association" with the Arizona Secretary of State as a Trade Name. The Federal National Mortgage Association is the official name of a government sponsored entity better known as "Fannie Mae." The true Federal National Mortgage Association was chartered by Congress with a mission to provide liquidity, stability and affordability to the U.S. housing and mortgage markets. Defendant Marshall Edwin Home was not an authorized representative of the true Federal National Mortgage Association and did not have authority to convey property owned by the association.

8. It was further part of the scheme that defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** filed and caused to be filed with county recorders deeds for real property that had been acquired by the true Federal National Mortgage Association. These deeds purported to transfer title from the true Federal National Mortgage Association to the

"Independent Rights Party" an entity controlled by defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick**.

9. It was further part of the scheme that defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** also took the same acts alleged in paragraphs 7 and 8 with the "Federal Home Loan Mortgage Corporation" (better known as "Freddie Mac") and property owned by the true Federal Home Loan Mortgage Corporation.

10. It was further part of the scheme that defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** conducted purported transfers with at least 28 properties in the District of Arizona and elsewhere owned by the true Federal National Mortgage Association and the true Federal Home Loan Mortgage Corporation. These purported transfers interfered with the real owners rights in the properties, causing them a loss.

11. It was further part of the scheme that defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** would then rent the real properties referred to in the preceding paragraph to unsuspecting tenants. These tenants paid defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** security deposits and rent to which the defendant were not entitled.

12. From approximately December, 2010, and continuing until July, 2011, in the District of Arizona and elsewhere, the defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick**, with the intent to defraud, devised and willfully participated in, with knowledge of

its fraudulent nature, the above-described scheme and artifice to defraud and obtain money and property by materially false and fraudulent pretenses, representations, and promises.

13. On or about January 5, 2011, at or near Tucson in the District of Arizona, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** knowingly placed and caused to be place in an authorized depository for mail, to be sent and delivered by the U.S. Postal Service, the following matter: a letter to a mortgage company containing a false financing statement and other documents related to the mortgage of R.A.A.

All in violation of Section 1341 of Title 18 of the United States Code.

## COUNT 5 THROUGH 10

Paragraphs 1 through 12 of Count 4 of this indictment are re-alleged and incorporated by reference.

On or about each of the dates set forth below, at or near Tucson, in the district of Arizona and elsewhere, the defendants **Marshall Edwin Home** and **Margaret Elizabeth Broderick** for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 5 | 12/2/2010 | E-mail from R.H. regarding participating in the defendants' mortgage relief program |

| | | | |
|---|---|---|---|
| 6 | 3/14/2011 | Internet transmission to the California Secretary of State regarding a U.C.C. Financing Statement |
| 7 | 3/14/2011 | E-mail to R.A.A. relating to R.A.A.'s participation in the involuntary bankruptcy proceeding |
| 8 | 4/6/2011 | E-mail from C.L.G. stating that she will mail the information requested by defendant **Marshall Edwin Home**. |
| 9 | 4/17/2011 | Internet transmission to the California Secretary of State regarding a U.C.C. Financing Statement |
| 10 | 5/12/2011 | Internet transmission to the California Secretary of State regarding a U.C.C. Financing Statement |

All in violation of Sections 1343 and 2 of Title 18 of the United States Code.

A TRUE BILL

/s/
_____
FOREPERSON OF THE GRAND JURY

SEP 0 7 2011

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE