**JOHN S. LEONARDO**
**UNITED STATES ATTORNEY**
**District of Arizona**
**ROBERT L. MISKELL**
**Assistant U.S. Attorney**
**Arizona State Bar No. 015198**
**405 W. Congress St., Suite 4800**
**Tucson, AZ  85701-5040**
**Tel. (520) 620-7300**
**Email:  robert.miskell@usdoj.gov**
**Attorneys for Plaintiff**

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  Plaintiffs, v.  Margaret Elizabeth Broderick,  Defendant(s). | CR-11-2498-TUC-DCB (CRP)  **GOVERNMENT'S MOTION TO DISMISS** |

Having been advised by the United States Bureau of Prisons that defendant Margaret Elizabeth Broderick died on July 22, 2012, the government moves to dismiss the Indictment in this case as to defendant Margaret Elizabeth Broderick.

RESPECTFULLY SUBMITTED this 6th day of August 2012.

       JOHN S. LEONARDO
       Acting United States Attorney
       District of Arizona

       *S/ Robert L. Miskell*
       Robert L. Miskell
       Assistant U.S. Attorney

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **Original of the foregoing filed and copy provided electronically through the CM/ECF system to counsel of record.** |
| 4 | |
| 5 | *S/ Robert L. Miskell* |
| 6 | Robert L. Miskell |
| 7 | |